ACCEPTED
01-15-00529-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
8/3/2015 12:38:58 PM
CHRISTOPHER PRINE
CLERK

No. 01-15-00529-CV

IN THE COURT OF APPEALS
FOR THE FIRST DISTRICT OF TEXAS
AT HOUSTON

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

8/3/2015 12:38:58 PM

CHRISTOPHER A. PRINE
Clerk

NACE INTERNATIONAL,
*Appellant*

v.

MAURICE JOHNSON AND E&M ENTERPRISES, INC.,
*Appellees*

Appealed from the 215th Judicial District Court
Harris County, Texas

APPELLEES'MOTION TO EXTEND TIME TO FILE APPELLEES'S BRIEF

**Grealish & McZeal, PC**
Marcellous S. McZeal
State Bar No. 00798368
SBN: 00798368
700 Louisiana Street, 48th Floor
Houston, Texas 77002
Telephone: (713) 255-3234
Facsimile:  (713) 783-2502

***ATTORNEYS FOR APPELLEESES,***
***Maurice Johnson & E&M Enterprises,***
***Inc.***

TO THE HONORABLE FIRST COURT OF APPEALS:

Appellees respectfully requests this Court to extend the time in which to file Appellees'

Brief. NACE International, is the Appellant. Maurice Johnson & E&M Enterprises, Inc. are the

Appellees. Appellees' Brief is due August 3, 2015. However, Appellees seek a 20 day extension to file brief under the authority of T.R.A.P. 10.5(b).

The Court may extend time to file Appellees' Brief under the authority of Texas Rules of Appellate Procedure 10.5(b). This is Appellees' first request for extension. Appellees seek an extension of time to file Appellees' Brief because the lead briefing attorney recently finished closing a large corporate acquisition and there was not sufficient time to adequately, effectively and diligently prepare Appellees' Brief before the August 3, 2015 brief due date.

This is Appellees' first request for an extension of time and Appellant, NACE International by and through its attorney was unavailable to determine if it was opposed.

For the foregoing reasons, Appellees, Maurice Johnson & E&M Enterprises, Inc., request this Court grant an extension of time in which to file his brief to on or about, August 24, 2015.

Respectfully Submitted,

**GREALISH & McZEAL, PC**

BY: /s/ *Marcellous S. McZeal*
    **Marcellous S. McZeal**
    State Bar No. 00798368
    SBN: 00798368
    700 Louisiana Street, 48th Floor
    Houston, Texas 77002
    Telephone: (713) 255-3234
    Facsimile: (713) 783-2502

## CERTIFICATE OF SERVICE

I hereby certify that on this the 3rd day of August 2015, a copy of the attached Motion was forwarded to the counsel below via certified mail return receipt requested pursuant to province of TEX.R.CIV.P. 21a

/s/ *Marcellous S. McZeal*
Marcellous S. McZeal


**via facsimile @ (713) 535-5533**
Robert Naudin
John L. Grayson
**Cokinos, Bosien & Young**
Four Houston Center
1221 Lamar, 16th Floor
Houston, Texas 77010

ATTORNEYS FOR APPELLANT


## CERTIFICATE OF CONFERENCE

I hereby certify that I have made a good faith effort to confer with Appellant's counsel on August 3, 2015. I unsuccessfully telephoned and emailed Mr. Naudin, counsel for Appellant, to determine if he was opposed to this motion. At the time of the filing of this Motion, there was no response.

/s/ *Marcellous S. McZeal*
Marcellous McZeal